**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

| | | |
|---|---|---|
| PENNENERGY RESOURCES, LLC, | : | No. 2 WAL 2022 |
| | : | |
| Respondent | : | |
| | : | Petition for Allowance of Appeal |
| | : | from the Order of the Superior Court |
| v. | : | |
| | : | |
| | : | |
| ETC NORTHEAST PIPELINE, LLC, AND | : | |
| ENERGY TRANSFER LP, | : | |
| | : | |
| Petitioners | : | |

## ORDER

**PER CURIAM**

     **AND NOW**, this 22nd day of June, 2022, the Applications to File Under Seal are **GRANTED**, and the Petition for Allowance of Appeal is **DENIED.**